Elton Lee **WILLIAMS**, Plaintiff–
Appellant,

v.

**VIRGINIA DEPARTMENT OF COR-RECTIONS; Sergeant Hamilton; Sergeant Collins; Lieutenant Gallihar; Officer Ely, Defendants–Appellees.**

No. 06–6775.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 25, 2011.

Decided: March 22, 2011.

Elton Lee Williams, Appellant Pro Se. Mark R. Davis, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elton Lee Williams appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) action and Religious Land Use and Institutionalized Persons Act, 42 U.S.C. §§ 2000cc to 2000cc–5 (2006), claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Williams v. Va. Dep't of Corr.,* No. 7:02–cv–00499–JPJ (W.D.Va. filed May 2, 2005 & entered May 3, 2005; November 29, 2005; March 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*